318

Submitted January 21, affirmed January 28, 1974

STATE OF OREGON, *Respondent, v.* MICHAEL
LEE MOSLEY (No. C 73-01-0107 Cr), *Appellant.*

517 P2d 1233

Gary D. Babcock, Public Defender, Salem, for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Timothy Wood, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and TANZER, Judges.

PER CURIAM.

AFFIRMED. *State v. Serrell,* 265 Or 216, 507 P2d 1405 (1973).